## GRANT & CONNER v. PETTYBONE.

The record recited that C. was security in an appeal, but the bond was on file, by which it appeared that one P. was the security. The mistake may be here corrected by reference to the bond, and judgment rendered against the proper party.

A judgment was rendered against Grant in favor of Pettybone, by a justice, from which he appealed to the County Court of Pickens county. In the County Court, judgment was given against him, and also against W. F. Conner, reciting that he was security in the appeal bond. In the record there appeared an appeal bond, in which one Parker was security, and no other bond appeared. It is assigned for error, that the judgment was rendered against Conner, who was not the security of Grant, whereas it should have been against Parker.

KELLY, for the plaintiff in error.

STEWART, for the defendant.

By JUDGE TAYLOR. It appears that Parker was the security in the appeal bond, and that the County Court gave judgment by mistake against Conner as such. This was error for which the judgment must be reversed, and the correct judgment rendered here.